1  Alan E. Wisotsky (SBN 68051)
   Dirk DeGenna (SBN 188972)
2  LAW OFFICES OF ALAN E. WISOTSKY
   300 Esplanade Drive, Suite 1500
3  Oxnard, California  93036
   Tel:     (805) 278-0920
4  Fax:     (805) 278-0289
   E-mail:  lawyers@wisotskylaw.com
5
   Attorneys for Defendant COUNTY OF VENTURA
6  (erroneously sued and served herein as
   The Ventura County Board of Supervisors)
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CLARENCE G. ALBERTSON,           )   No. CV 04-03191-AHM (RZx)
                                    )
12         Plaintiff,                )   ORDER OF DISMISSAL WITH
                                    )   PREJUDICE
13    v.                             )
                                    )
14 BOB BROOKS, SHERIFF OF VENTURA   )
   COUNTY, THE VENTURA COUNTY       )
15 BOARD OF SUPERVISORS,            )
                                    )
16         Defendants.              )
                                    )
17 _____ )

18

19     Having received the stipulation of dismissal between plaintiff

20 CLARENCE G. ALBERTSON and defendant COUNTY OF VENTURA filed

21 pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the

22 Court HEREBY DISMISSES WITH PREJUDICE the above-captioned action.

23     **IT IS SO ORDERED.**

24 Dated: June 12, 2008

25                                   _____
                                     A. HOWARD MATZ
26 **Make JS-6**                     United States District Judge

27

28